# Whitehurst v Robinson

## Robinson_Daroland_03-16-2020

3/16/2020

Annotation Digest - All Annotations

Prepared by:

Jefferson Braswell
Braswell Law, PLLC

Tuesday, May 26, 2020

EXHIBIT 4

# TextMap Annotation Digest Report

Case Name: Whitehurst v Robinson
Transcript: [3/16/2020] Robinson_Daroland_03-16-2020

Pg: 9 Ln: 8 - 18

Annotation:
```
9: 8         Q.   Why do you believe that your race was a
   9    factor in your termination?
  10         A.   One of my coworkers was out of work for
  11    like not feeling well, and he was out for like a week
  12    and I was there, and when he came back they didn't do
  13    nothing to him.  But they fired me like -- for like
  14    almost -- I mean, it's like exactly the same thing, I
  15    was out not feeling well.  But, you know, he's white
  16    and I'm black, and they didn't do nothing to him.
  17         Q.   Who was that person?
  18         A.   Colby Mitchell.
```

Pg: 13 Ln: 18 - 24

Annotation:
```
13:18        Q.   Okay.
  19              You also allege that there has been a
  20    violation of the Americans With Disabilities Act, the
  21    ADA.  What disability do you claim?
  22         A.   I have high blood pressure.
  23         Q.   Any other disabilities?
  24         A.   No, sir.
```

Pg: 14 Ln: 13 - 16

Annotation:
```
14:13        Q.   Did you tell him it was based on high blood
  14    pressure?
  15         A.   No.  I just told him, I mean, that my head
  16    was hurting.  I know what it was based on.
```

Pg: 14 Ln: 21 - 24

Annotation:
```
14:21        Q.   Okay.  Did you tell anybody else at
  22    Whitehurst that you were not feeling well because of
  23    your blood pressure?
  24         A.   No.  I just told them I wasn't feeling
```

Pg: 15 Ln: 9 - 14

Annotation:
```
15: 9        Q.   Okay.  And I digress a little bit back to
  10    the civil rights violations and the 42 U.S.C. 1981
  11    charge.  Did you ever tell anybody at Whitehurst that
  12    you felt like you were being mistreated because you
  13    were black?
  14         A.   I don't remember telling anybody that.
```

## TextMap Annotation Digest Report

**Case Name:** Whitehurst v Robinson
**Transcript:** [3/16/2020] Robinson_Daroland_03-16-2020

**Pg: 18 Ln: 18 - Pg: 19 Ln: 14**

**Annotation:**
```
18:18        Q.   Okay.  Were you aware that there were signs
    19   posted on the Family Medical Leave Act within the
    20   Whitehurst offices?
    21        A.   Was I --
    22        Q.   Did you know they have posters for the
    23   Family Medical Leave Act?
    24        A.   They never told me nothing about no -- I
    25   ain't never seen nothing.
19: 1        Q.   They have them posted in the office.  Did
     2   you know that they had --
     3        A.   They didn't try to help me.
     4        Q.   Did you ever request leave?
     5        A.   They have a calendar where you sign and
     6   then like you'll be out.  But I let him know, Adam,
     7   through text message.
     8        Q.   But did you request leave?  Did you request
     9   a leave of absence?
    10        A.   I just text him.
    11        Q.   So the only way that you communicated with
    12   Adam about leave and need for leave and not feeling
    13   well is through text messaging?
    14        A.   Yes, sir.
```

**Pg: 26 Ln: 16 - 21**

**Annotation:**
```
26:16        Q.   -- for this case?  Is he the one that
    17   diagnosed you with a disability?
    18        A.   Like the high blood pressure?  Yeah.
    19        Q.   Did he ever provide a note that said that
    20   you needed time off?
    21        A.   No.
```

**Pg: 26 Ln: 22 - 24**

**Annotation:**
```
26:22        Q.   Did you ever request time off?
    23        A.   By text message I just -- you know, I let
    24   them know I wasn't coming in.
```

**Pg: 38 Ln: 22 - Pg: 39 Ln: 12**

**Annotation:**
```
38:22        Q.   Was there ever a time that you know of that
    23   you informed V.E. Whitehurst that you had a
    24   disability?
    25        A.   When I did my application, that's where --
39: 1   it should be on there, like when I did my application
     2   at first.
     3        Q.   Mr. Robinson, do you believe that there's
     4   another application that you filled out other than
```

## TextMap Annotation Digest Report

Case Name: Whitehurst v Robinson
Transcript: [3/16/2020] Robinson_Daroland_03-16-2020

Pg: 38 Ln: 22 - Pg: 39 Ln: 12 continued...

Annotation:
```
39: 5  the one that has been provided to you?
    6       A.   That's what I -- that's what I'm thinking.
    7  I really do think that.
    8       Q.   You really do believe that perhaps there's
    9  a -- there are other application materials and that
   10  these are not the actual ones that you filled out?
   11       A.   That what I believe.  I believe there's
   12  another one.
```

Pg: 63 Ln: 17 - Pg: 64 Ln: 5

Annotation:
```
63:17       Q.   So Adam and Jack told you it was fine, you
   18  can miss as much work as you want to miss as long as
   19  you let them know?
   20       A.   As long as we let them know.  We text
   21  message them and they fine, everything is fine.
   22            But when it came to me communicating with
   23  them, I communicated with them and then all of a
   24  sudden, you know, I got fired.  But they didn't fire
   25  the white guy.  He didn't communicate with them.
64: 1       Q.   Are you aware of any employee -- any other
    2  employee of V.E. Whitehurst that complained of
    3  discriminatory conduct?
    4       A.   Am I aware?  Yeah.  I mean, I'm not -- I
    5  don't got no names or nothing, but...
```

Pg: 67 Ln: 12 - Pg: 68 Ln: 11

Annotation:
```
67:12       Q.   Let me direct you to Whitehurst 114.
   13            So did you know that there was a -- the
   14  employment provisions of the Americans with
   15  Disabilities Act and there was a policy on that
   16  provision on that wall?  Were you aware of that?
   17       A.   I heard of it.  I guess I was aware.  I
   18  mean, they ain't...
   19       Q.   Did you ever ask for special accommodation
   20  because of your high blood pressure?
   21       A.   They ain't never asked to help me.
   22       Q.   Mr. Robinson, the question was did you ever
   23  ask for special accommodation because of your high
   24  blood pressure?
   25            MR. BIRK:  I'm going to object to the
68: 1       extent it calls for a legal conclusion, but you
    2       can answer the question.  Go ahead.
    3  BY MR. BRASWELL:
    4       Q.   Did you ever ask for any kind of
    5  accommodation associated with your high blood
    6  pressure?
    7            MR. BIRK:  Same objection.  You can answer.
```

## TextMap Annotation Digest Report

**Case Name:** Whitehurst v Robinson
**Transcript:** [3/16/2020] Robinson_Daroland_03-16-2020

Pg: 67 Ln: 12 - Pg: 68 Ln: 11 continued...

**Annotation:**
```
68: 8      A.   I asked -- I told them I wasn't feeling
     9  good.
    10      Q.   And that's all you ever said?
    11      A.   Yep.
```

Pg: 69 Ln: 23 - 25

**Annotation:**
```
69:23      Q.   Yes.  Did you understand that your
    24  attendance at work was a requirement of employment?
    25      A.   Yeah, I understand.
```

Pg: 71 Ln: 21 - Pg: 72 Ln: 7

**Annotation:**
```
71:21      Q.   Do you see this Family -- this whole
    22  section on Family Medical Leave?
    23      A.   Yeah, I see it.
    24      Q.   Okay.  Did you ever formally make a request
    25  under the Family Medical Leave Act?  And in
72: 1  accordance with what you read here on Whitehurst 125
     2  did you ever -- did you ever make a request?
     3      A.   I didn't plan on being gone no 12 weeks and
     4  all that there.
     5      Q.   You didn't ever make -- you didn't make a
     6  request, did you?
     7      A.   I wasn't gone for no 12...
```